**FLORIDA NARCISSUS FARM, INC., a Florida corporation, v. CLINT MOORE, JR., doing business as Del-Mor Farms.**

15 So. (2nd) 58                        June Term, 1943
September 24, 1943                     Division A

*E. B. Donnell,* for appellant.

*Adams & Nowlin,* for appellee.

PER CURIAM:

The record and briefs in this case have been carefully examined and we find no reversible error. We cannot see that an opinion would serve any useful purpose.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.